IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MR. KERIUM ALLEN GARRICK, SR. | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 13-4899 |
| CITY OF PHILADELPHIA, ET AL., | : | |
| | : | |
| Defendant. | | |

**ORDER**

AND NOW, this 10th day of April 2014, upon careful consideration of Kerium Allen Garrick's petition under 28 U.S.C. § 2241 for writ of habeas corpus (Doc. 5), the Magistrate Judge's Report and Recommendation, and petitioner's objections thereto, **IT IS HEREBY ORDERED** that:

1. Petitioner's objections are overruled;

2. The Report and Recommendation of Magistrate Judge Timothy R. Rice is Approved and Adopted;

3. The petition for writ of habeas corpus is **DISMISSED** without prejudice as to the unexhausted claims and **DISMISSED** with prejudice as to the non-cognizable claims.;

4. Petitioner having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability; and

5. The Clerk shall **CLOSE** this case for statistical purposes.

    /s/ William H. Yohn Jr.
William H. Yohn Jr., Judge